IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE NO. 1 and<br>JOHN DOE NO. 1 as next friend and father<br>of minor plaintiff, JANE DOE NO. 1<br><br>   Plaintiff,<br>v.<br><br>O'REILLY AUTOMOTIVE STORES, INC.<br>AND JOSEPH KARR<br><br>   Defendants. | )<br>) NO._____<br>)<br>) JUDGE_____<br>)<br>)<br>) MAGISTRATE JUDGE<br>)<br>) _____<br>)<br>) JURY DEMAND<br>)<br>) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1332, 1441, and 1446, defendant O'Reilly Automotive Stores, Inc. ("O'Reilly" or "Defendant"), by counsel, files this Notice of Removal of this action from the Chancery Court in Montgomery County, Tennessee, where it is now pending, to the United States District Court for the Middle District of Tennessee based upon diversity of citizenship and an amount in controversy exceeding $75,000. The grounds for removal are as follows.

### Procedural Background

1.  This action was commenced on or about February 15, 2023, by Plaintiff's filing of the Complaint in the Montgomery County Chancery Court in Montgomery County, Tennessee, case no. DT-23-1 (the "Complaint"). True and accurate copies of all process, pleadings, and orders served upon this Defendant in this action are attached as Exhibit A.

2.  The Complaint was served on this Defendant on or about February 27, 2023. The Notice of Removal is being filed within thirty (30) days after service of the Complaint in the matter; therefore, the removal is timely in accordance with 28 U.S.C. § 1446.

3. The Complaint contains allegations of sexual harassment, sexually hostile work environment, hostile work environment due to sex, sexual discrimination and retaliation under the Tennessee Human Rights Act; intentional infliction of emotional distress; negligent infliction of emotional distress; negligence; gross negligence and recklessness; and negligent supervision, training and retention; and assault and battery against this Defendant. The Complaint contains allegations of intentional infliction of emotional distress and assault and battery against defendant Joseph Karr. It contains allegations of vicarious liability against this Defendant. Plaintiff seeks compensatory damages not in excess of $2,000,000.00. Plaintiff also seeks punitive damages in an amount not to exceed $4,000,000.00. Plaintiff therefore seeks damages in amount not to exceed $6,000,000 in her Complaint. Accordingly, it is clear that the amount in controversy exceeds $75,000, such that this Court has subject matter jurisdiction over the matter.

4. According to the Complaint, Plaintiff is a citizen and resident of Tennessee.

5. Defendant O'Reilly Automotive Stores, Inc., is a foreign corporation organized under the laws of the State of Missouri with its principal place of business in Missouri.

6. Defendant Joseph Karr is a citizen and resident of the State of Kentucky, who has not been served with the summons and complaint, and his consent is unnecessary. 28 U.S.C. § 1446(b)(2); *Farnsworth v. Nationstar Mortg.*, LLC, 569 F. App'x 421, 425 (6th Cir. 2014).

7. The United States District Court for the Middle District of Tennessee has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 as there is complete diversity of the parties, and the amount in controversy clearly exceeds $75,000 exclusive of interest and costs.

8. A copy of this Notice of Removal is being served via email on counsel for Plaintiff, and a Notice of Filing of Notice of Removal is being filed with the Montgomery

County Chancery Court in Montgomery County, Tennessee, in accordance with 28 U.S.C. § 1446(d). (Copies of those notices are attached as Exhibit B.) The necessary filing fees have been paid simultaneously with the filing of the Notice of Removal.

9. Defendant demands a jury to try this case.

**WHEREFORE,** Defendant prays this Court consider the Notice of Removal as provided by law governing removal of cases to this Court and that this Court enter the appropriate orders to effect the removal of this case from the Montgomery County Chancery Court in Montgomery County, Tennessee to this Court.

Respectfully submitted,

LEWIS THOMASON, P.C.

By: /s/ Daniel W. Olivas
Daniel W. Olivas (BPR# 024641)
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
(615) 259-1366
dolivas@lewisthomason.com

*Attorneys for defendant O'Reilly Automotive Stores, Inc.*

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing NOTICE OF REMOVAL has been served on the following counsel of record via email:

Jason A. Lee, Esq.
Burrow Lee, PLLC
651 S. Mt. Juliet Rd., #194
Mt. Juliet, TN 37122

This the 27th day of March 2023.

/s/ Daniel W. Olivas