IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JANE DOE NO. 1, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | NO. 3:23-cv-00271 |
| | ) | |
| v. | ) | JUDGE RICHARDSON |
| | ) | |
| O'REILLY AUTOMOTIVE STORES, INC., et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Parties have filed a "Stipulation of Dismissal" (Doc. No. 21, "Stipulation") which was filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and signed by counsel for all parties. The Stipulation contains a line the contemplates the addition of the signature of the undersigned district judge.

Under Rule 41(a)(1)(A)(ii), even without the actual signature of the undersigned district judge thereon, the Stipulation is self-effectuating and suffices to dismiss this action. Because the Stipulation states that the dismissal of this action is without prejudice, it is in fact without prejudice.

Accordingly, the Court acknowledges that this action has been **DISMISSED** without prejudice. The Clerk is directed to enter judgment pursuant to Fed. R. Civ. P. 58 and close the file.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE